# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT J. RICKES, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>COAST PROFESSIONAL, INC.,<br><br>        Defendant. | Case No.: 3:21-cv-00639-BEN-DEB<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION**<br><br>**[ECF No. 4]** |

## I. INTRODUCTION

Plaintiff SCOTT J. RICKES ("Plaintiff") brings this action for violations of the (1) Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. ("FDCPA"), and (2) Rosenthal Fair Debt Collection Practices Act, CAL. CIV. CODE §1788, *et seq*. ("RFDCPA"), against Defendant COAST PROFESSIONAL, INC. Compl., ECF No. 1.

Before the Court is the Joint Motion to Extend the Time for Defendant to Respond to the Complaint (the "Joint Motion"). ECF No. 4. After considering the papers submitted, supporting documentation, and applicable law, the Court **GRANTS** the Joint Motion.

## II. BACKGROUND

On April 13, 2021, Plaintiff the complaint in this matter, alleging Defendant unlawfully attempted to collect on a debt in violation of the FDCPA and RFDCPA. *See* Compl., ECF No. 1.

-1-

On April 21, 2021, Plaintiff served Defendant with the complaint, meaning Defendant's deadline to respond is May 12, 2021. ECF No. 3; *see also* ECF No. 4 at 2.

On May 10, 2021, Plaintiff and Defendant filed the instant Joint Motion, seeking to extend Defendant's deadline to respond to June 11, 2021. ECF No. 4.

### III. LEGAL STANDARD

Rule 12 of the Federal Rules of Civil Procedure requires a defendant to file a responsive pleading within either (1) twenty-one days of being served with the summons and complaint or (2) sixty days after the request for a waiver was sent. Pursuant to the Local Rules, "[e]xtensions of time for answering, or moving to dismiss a complaint will only be secured by obtaining the approval of a judicial officer, who will base the decision on a showing of good case." S.D. Cal. Civ. R. 12.1. Thus, "[i]n the Southern District, court approval is required for *any* extension of time to answer or move to dismiss the complaint." Phillips, Virginia A., et al., *Rutter Group Prac. Guide: Fed. Civ. Pro. Before Trial*, § 8:913 (The Rutter Group April 2020).

### IV. DISCUSSION

The Parties request one month extension to allow Defendant to complete its investigation of Plaintiff's claims as well as to explore early settlement of the case. ECF No. 4 at 2, ¶ 4. The Court finds this represents good cause for the extension.

### V. CONCLUSION

For the above reasons, the Court **GRANTS** the Parties' requested extension. Defendant's deadline to file a responsive pleading is extended from May 12, 2021 to June 11, 2021.

**IT IS SO ORDERED.**

DATED: May 12, 2021

**HON. ROGER T. BENITEZ**
United States District Judge